JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ISLAND, | ) | Case No. **CV 10-1653-JFW** |
| | ) | [CR 94-878-JFW] |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's April 12, 2010 Order denying Petitioner Gregory Island's Motion to Vacate Judgment for Want of Jurisdiction pursuant to 28 U.S.C. § 2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: April 12, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE